UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 16-1303 JVS (DFMx). | Date | August 18, 2016 |
| Title | Pallares v. OCWEN Loan Servicing, LLC | | |

| Present: The Honorable | James V. Selna | |
|---|---|---|
| | Karla J. Tunis | Not Present |
| | Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** <u>Order To Show Cause Jurisdiction</u>

The Court has made a preliminary review of the jurisdictional allegations in the:

    Complaint

  X  Notice of Removal ("Notice") filed July 13, 2016

by Caliber Loan Services, LLC ("Caliber").

The initial pleading invokes jurisdiction Court on the basis of diversity of citizenship, 28 U.S.C. § 1332. (Notice, ¶ 5.) Jurisdiction on this basis requires complete diversity.

There is no discussion of the citizenship of OCWEN Loan Servicing, LLC ("OCWEN"). The Complaint asserts that it is a business entity of unknown form doing business in California. (Complaint, ¶ 3.) Presumably, OCWEN is a limited liability company ("LLC").

For purposes of diversity jurisdiction, an LLC takes on the citizenship of each of its members. <u>Johnson v. Columbia Properties Anchorage , LP</u>, 437 F.3d 894, 899 (9th Cir. 2006); <u>Cosgrove v. Bartolotta</u>, 150 F.3d 729, 731 (7th Cir. 1998); <u>Keith v. Black Diamond Advisors, Inc.</u>, 48 F. Supp. 2d 326, 329-30 (S.D. N.Y. 1999). In order to determine diversity, the Court must consider the citizenship of each LLC member, and if a member is an LLC, the citizenship of its members. Presently, the Court cannot tell if

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 16-1303 JVS (DFMx). | Date | August 18, 2016 |
| Title | Pallares v. OCWEN Loan Servicing, LLC | | |

jurisdiction has been properly invoked with regard to OCWEN.

Caliber is ordered to file an amended initial pleading within 15 days providing the necessary jurisdictional facts, and if OCWEN is an LLC, identifying each member of each alleged LLC and the member's citizenship and principal place of business as the date of the filing of the initial pleading. If any member is itself an LLC, the same information shall be provided for each subtier member, and if need be, for each successive subtier.

**A failure to respond may result in remand of the case to the Superior Court of the State of California for lack of jurisdiction.**

| | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |